JAMES B. REGAN v. WASHINGTON MARINE INSURANCE COMPANY.— Motion granted upon condition that defendant give an additional undertaking as stated in order.  Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACK BARNET.— Motion granted. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

HERBERT L. McCANN v. SUNBEAM MOTOR CAR COMPANY, LTD.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

In the Matter of CHARLES S. HALSTED, Deceased.— Motion granted and appellants' time extended to June 4, 1923.  No further time will be granted by this court.  Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

CHATSWORTH GARAGE, INC., v. ENDWEST REALTY CORPORATION.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

HERBERT W. HANAN and Another v. NEMOURS TRADING CORPORATION.— Application denied, with ten dollars costs, and stay vacated.  Order signed. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

R. U. DELAPENHA & Co. v. COMPAGNIE GENERALE TRANSATLANTIQUE.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

JOHN S. MELCHER v. NATHAN SOBEL.— Application granted.  Order signed. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

FRIEDA MERKLE, as Administratrix, etc., Respondent, v. WILLIAM A. JAMISON and Others, as Copartners, etc.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

MAX E. KLEIN, Trading under the Name of ARROW SILK MILLS, Respondent, v. WILLIAM J. SMITH, Trading under the Name of W. J. SMITH SILK Co., Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.; Clarke, P. J., and Smith, J., dissenting

BRYAN R. DORR, Respondent, v. HARVEY A. WILLIS, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.; Smith, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETRO LISANTI, Appellant.— Judgment affirmed.  No opinion.  Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.

FRED W. VAN AMBURGH, Respondent, v. ANNA MARGARET VAN AMBURGH, Appellant.— Order affirmed.  No opinion.  Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.

D. GANTENBEIN, Respondent, v. EAGLE FISH COMPANY, a Corporation, Appellant.— Determination affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CONCERTINA BRANDINI, Indicted as CATHERINA OCCHIPUNTO, Appellant.— Judgment affirmed. No opinion.  Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.